1  **Schwartz Flansburg PLLC**
   Frank M. Flansburg III, Esq.
2  Nevada Bar No. 6974
   Brian Blankenship, Esq.
3  Nevada Bar No. 11522
   6623 Las Vegas Blvd. South, Suite 300
4  Las Vegas, Nevada 89119
   Telephone: (702) 385-5544
5  Facsimile: (702) 385-2741
   frank@nvfirm.com
6  brian@nvfirm.com
   Attorneys for Defendant
7  Samuel R. Bailey

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | BANK OF AMERICA, N.A.,
11 |                     Plaintiffs,        | Case No.:   2:14-cv-885-JCM-GWF
12 |     vs.
13 | SAMUEL R. BAILEY, et al.,
14 |
15 |                     Defendants.
16 | SAMUEL R. BAILEY, an individual,
17 |                     Counterclaimant,
18 |     vs.
19 | BANK OF AMERICA, N.A.; WESTCOR LAND TITLE INSURANCE COMPANY, a
20 | Florida corporation; and NEVADA TITLE COMPANY, a Nevada corporation,
21 |
22 |                     Counterdefendants.

23            **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

24        Defendant/Counterclaimant Samuel R. Bailey ("Bailey"), by and through the law firm of

25 Schwartz Flansburg PLLC, and Counterdefendants Nevada Title Company ("NTC") and

26 Westcor Land Title Insurance Company ("Westcor"), by and through the law firm of Marquis

27 Aurbach Coffing, hereby stipulate and agree as follows:

28 / / /

                                    Page 1 of 2
   4820-4482-8986, v. 1

1. That all of Bailey's Counterclaims against NTC and Westcor are hereby dismissed with prejudice;

2. NTC and Westcor are hereby dismissed from the Litigation and shall have no further involvement in this matter.

3. There is no trial date currently set in this matter; and,

4. Each party will bear its own attorney fees and costs.

Dated this 6th day of October, 2016.   Dated this 6th day of October, 2016.

SCHWARTZ FLANSBURG                    MARQUIS AURBACH COFFING

By: */s/ Frank M. Flansburg III*            By:    */s/ Terry A. Moore*
    Frank M. Flansburg, III, Esq.              Terry A. Moore, Esq.
    Nevada Bar No. 6974                         Nevada Bar No. 7831
    6623 South Las Vegas Boulevard #300        10001 Park Run Drive
    Las Vegas, Nevada 89119                     Las Vegas, Nevada 89145
    Attorneys for Defendant/Counterclaimant     Attorneys for Counterdefendants
    Samuel R. Bailey                            Nevada Title Company and Westcor Land
                                                Title Insurance Company

    IT IS SO ORDERED October 12, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

SCHWARTZ FLANSBURG PLLC


 */s/ Frank M. Flansburg III*
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Defendant/Counterclaimant
Samuel R. Bailey

4820-4482-8986, v. 1