**Schwartz Flansburg PLLC**
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
frank@nvfirm.com
brian@nvfirm.com
Attorneys for Defendant
Samuel R. Bailey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>       Plaintiffs,<br><br>vs.<br><br>SAMUEL R. BAILEY, et al.,<br><br>       Defendants. | Case No.: 2:14-cv-885-JCM-GWF<br><br>**STIPULATION AND ORDER** |
| SAMUEL R. BAILEY, an individual,<br><br>       Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WESTCOR LAND TITLE INSURANCE COMPANY, a Florida corporation; and NEVADA TITLE COMPANY, a Nevada corporation,<br><br>       Counterdefendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION AND ORDER

Defendant/Counterclaimant Samuel R. Bailey ("Bailey") by and through the law firm of Schwartz Flansburg PLLC, and Plaintiff/Counterdefendant Bank of America, N.A. (BofA), by and through the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson (Bailey and BofA collectively "Parties"), hereby stipulate and agree as follows:

1. The Parties stipulated to new deadlines on August 5, 2016 (Document No. 64).

2. Thereafter, the Parties attended a Mediation at which some of the claims were resolved.

3. Between Plaintiff/Counterdefendant Bank of America, N.A. and Defendant/Counterclaimant Samuel R. Bailey, the case was not resolved.

4. Following the Mediation, Defendant/Counterclaimant Samuel R. Bailey took the deposition of the 30(b)(6) designee for Plaintiff/Counterdefendant Bank of America, N.A. The date for the 30(b)(6) deposition had been set prior to Mediation and was set forth and contemplated in the August 5, 2016 discovery stipulation (Document 64).

5. The Parties are working together to determine whether any additional discovery may be produced following the deposition and may lead to a potential discovery motion.

6. Because the deposition transcript was received on October 6, 2016, the Parties have agreed to extend the time for which to file any discovery motions only. This extension will change the deadline for discovery motions from October 7, 2016 to October 14, 2016.

IT IS SO STIPULATED.

Dated this 7th day of October, 2016.

SCHWARTZ FLANSBURG

By: */s/ Frank M. Flansburg III*
Frank M. Flansburg, III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 South Las Vegas Boulevard #300
Las Vegas, Nevada 89119
Attorneys for Defendant/Counterclaimant
Samuel R. Bailey

Dated this 7th day of October, 2016.

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

By: */s/ Rachel E. Donn*
Glenn F. Meier, Esq.
Nevada Bar No. 6059
Rachel E. Donn, Esq.
Nevada Bar No. 10568
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff/Counterdefendant
Bank of America, N.A

4836-1829-1258, v. 1

1 | Dated this 7th day of October, 2016.

2 | AKERMAN LLP

4 | By: */s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Associate Counsel for
Plaintiff/Counterdefendant
Bank of America, N.A.

## ORDER

Based upon the foregoing, it is hereby ordered that the time to file any discovery motions be extended from October 7, 2016 to October 14, 2016.

Dated this 14 day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

SCHWARTZ FLANSBURG PLLC

 */s/ Frank M. Flansburg III*
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Defendant/Counterclaimant
Samuel R. Bailey