GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nevadafirm.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 10568
rdonn@nevadafirm.com
HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
*Attorneys for Plaintiff/Counterdefendant
BANK OF AMERICA, N.A.*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL R. BAILEY, an individual; PETE G. AGUILAR, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00885-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS REPLY TO OPPOSITION TO ITS MOTION TO BIFURCATE (DOCKET NO. 77)** |
| SAMUEL R. BAILEY,<br><br>Defendant/Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., WESTCOR LAND TITLE INSURANCE COMPANY, a Florida corporation; and NEVADA TITLE COMPANY, a Nevada Corporation;<br><br>Counterdefendants. | |

Plaintiff/Counterdefendant, Bank of America, N.A. (hereinafter "BANA" or "Plaintiff"), by and through its counsel of record, Rachel E. Donn, Esq. of HOLLEY DRIGGS WALCH

FINE WRAY PUZEY & THOMPSON and Defendant/Counterclaimant SAMUEL R. BAILEY (hereinafter "Bailey" or "Defendant"), by and through his counsel of record, Frank M. Flansburg, III, Esq. of SCHWARTZ FLANSBURG PLLC, hereby agree and stipulate to extend the deadline for Plaintiff to file its Reply to the Opposition of Defendant to Plaintiff's Motion to Bifurcate ("Reply") for one week. The Plaintiff's Motion to Bifurcate Trial was filed on July 19, 2017 (Docket No. 77). This is Plaintiff's first request for an extension. Good cause exists for this extension and its purpose is not for delay.

Plaintiff's current deadline to file its Reply is August 14, 2017, and the Parties agree to a one-week extension until **August 21, 2017**.

**IT IS SO STIPULATED.**

| Dated this 11th day of August, 2017 | Dated this 11th day of August, 2017 |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | SCHWARTS FLANSBURG PLLC |
| By: /s/ Rachel E. Donn, Esq.<br>Glenn F. Meier, Esq.<br>Nevada Bar No. 006059<br>Rachel E. Donn, ESQ.<br>Nevada Bar No. 010568<br>400 S. Fourth St, 3rd Fl.<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff/Counterdefendant Bank of America, N.A.* | By: /s/ Frank M. Flansburg, Esq.<br>Frank M. Flansburg, Esq.<br>Nevada Bar No. 6974<br>6623 Las Vegas Blvd., Suite 300<br>Las Vegas, NV 89119<br>*Attorneys for Defendant/Counterclaimant Samuel R. Bailey* |

## ORDER

Based on the foregoing, IT IS SO ORDERED that Plaintiff's deadline to file its Reply to the Opposition to its Motion to Bifurcate is extended until **August 21, 2017.**

DATED August 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON


By: /s/ Rachel E. Donn, Esq.
    Glenn F. Meier, Esq.
    Nevada Bar No. 006059
    Rachel E. Donn, ESQ.
    Nevada Bar No. 010568
    400 S. Fourth Street, Third Floor
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff/Counterdefendant*
    *Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2017, a true copy of the **STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE REPLY TO MOTION TO BIFURCATE (DOCKET NO.77)** was served upon each of the parties via electronic service through the United States District Court of the District of Nevada's ECF system:

| | |
|---|---|
| Frank M. Flansburg, Esq.<br>Brian Blankenship, Esq.<br>Schwartz Flansburg PLLC<br>6623 Las Vegas Blvd., Suite 300<br>Las Vegas, NV 89119<br>T: (702) 385-5544<br>Emails: frank@nvfirm.com<br>　　　　brian@nvfirm.com<br>Attorneys for Defendant-Counterclaimant<br>Samuel R. Bailey | |
| Donna Wittig, Esq.<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Email: donna.wittig@akerman.com<br><br>Associate Counsel for: Plaintiff/<br>Counterdefendant Bank of America, N.A. | |

　　　　　　　　　　　　　　　　　/s/ C. Kelley
　　　　　　　　　　　　　　　　an employee of Holley Driggs Walch Fine
　　　　　　　　　　　　　　　　Wray Puzey & Thompson

10695-01-1925758

- 4 -