1 GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
2 gmeier@nevadafirm.com
RACHEL E. DONN, ESQ.
3 Nevada Bar No. 10568
rdonn@nevadafirm.com
4 HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON
5 400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
6 Telephone: 702/791-0308
Facsimile: 702/791-1912
7 *Attorneys for Plaintiff/Counterdefendant*
*BANK OF AMERICA, N.A.*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL R. BAILEY, an individual; PETE G. AGUILAR, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____<br>SAMUEL R. BAILEY,<br><br>Defendant/Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., WESTCOR LAND TITLE INSURANCE COMPANY, a Florida corporation; and NEVADA TITLE COMPANY, a Nevada Corporation;<br><br>Counterdefendants. | CASE NO. 2:14-cv-00885-JCM-GWF<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**<br><br>**(EIGHTH DISCOVERY DEADLINE REQUEST)** |

Plaintiff/Counterdefendant, Bank of America, N.A. (hereinafter "BANA" or "Plaintiff"),

by and through its counsel of record, Rachel E. Donn, Esq. of HOLLEY DRIGGS WALCH

10695-01-1936398 - 1 -

FINE WRAY PUZEY & THOMPSON and Defendant/Counterclaimant SAMUEL R. BAILEY (hereinafter "Bailey" or "Defendant"), by and through his counsel of record, Frank M. Flansburg, III, Esq. of SCHWARTZ FLANSBURG PLLC hereby agree and stipulate to extend the deadline to file the Pretrial Order which is currently due on July 21, 2017 as follows:

Based on the following, the parties hereto respectfully request an extension to file the Pretrial Order 30 days after ruling on Plaintiff BANA's Motion to Bifurcate Trial (ECF No. 77) filed on July 19, 2017, as follows:

1. The Parties stipulated to new deadlines on August 5, 2016 (ECF No. 64).
2. Thereafter, the Parties attended a Mediation at which some of the claims were resolved.
3. Between Plaintiff/Counterdefendant BANA and Defendant/Counterclaimant Bailey, the case was not resolved.
4. Following the Mediation, Defendant/Counterclaimant Bailey took the deposition of the 30(b)(6) designee for Plaintiff/Counterdefendant BANA. The date for the 30(b)(6) deposition had been set prior to Mediation and was set forth and contemplated in the August 5, 2016 discovery stipulation (EFC No. 64).
5. The Parties are working together to determine whether any additional discovery may be produced following the deposition and may lead to a potential discovery motion.
6. Because the deposition transcript was received on October 6, 2016, the Parties have agreed to extend the time for which to file discovery motions. This extension will change the deadline for discovery motions from October 7, 2016 to October 14, 2016.
7. Plaintiff/Counterdefendant BANA filed a Motion for Summary Judgment on October 14, 2016 (ECF No. 68).
8. Defendant/Counterclaimant Bailey filed a Motion for Summary Judgment on October 31, 2016 (ECF No. 70).

9. On June 22, 2017, the Court granted in part and denied in part Plaintiff/Counterdefendant BANA's Motion for Summary Judgment (ECF No. 76).

10. On June 22, 2017, the Court denied Defendant/Counterclaimant Bailey's Motion for Summary Judgment (ECF No. 76).

11. On July 19, 2017, BANA filed a Motion to Bifurcate Trial (ECF No. 77).

12. On August 2, 2017 Bailey filed a Response to Motion to Bifurcate Trial (ECF No. 80).

13. On August 18, 2017, BANA filed a Reply to its Motion to Bifurcate Trial (ECF No. 84).

14. On August 18, 2017, the Court granted a Stipulation to Extend Time to Reply to Motion to Bifurcate (ECF No. 85).

**LR26-4 statement**:

Good cause and/or excusable neglect exist to extend Pretrial Order deadline because based on the Court's ruling of BANA's Motion to Bifurcate (ECF No. 77), the ruling can affect the scope of the Pretrial Order and the parties are in settlement discussions at this time.

The current deadline to file the Pretrial Order is September 4, 2017 and the Parties request that the deadline to file the Pretrial Order be continued for 30 days from the ruling on the Motion to Bifurcate Trial (ECF No. 77).

**IT IS SO STIPULATED.**

| Dated this 5th day of September, 2017 | Dated this 5th day of September, 2017 |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | SCHWARTS FLANSBURG PLLC |
| By: /s/ Rachel E. Donn<br>    Glenn F. Meier, Esq.<br>    Nevada Bar No. 006059<br>    Rachel E. Donn, ESQ.<br>    Nevada Bar No. 010568<br>    400 S. Fourth St, 3rd Fl.<br>    Las Vegas, Nevada 89101<br>    *Attorneys for Plaintiff-Counterdefendant Bank of America, N.A.* | By: /s/ Frank M. Flansburg<br>    Frank M. Flansburg, Esq.<br>    Nevada Bar No. 6974<br>    6623 Las Vegas Blvd., Suite 300<br>    Las Vegas, NV 89119<br>    *Attorneys for Defendant/Counterclaimant Samuel R. Bailey* |

## **ORDER**

Based on the foregoing, **IT IS SO ORDERED** that the time to file the Pretrial Order be extended from the current deadline of September 4, 2017 until 30 days after the ruling of BANA's Motion to Bifurcate Trial (EFC No. 77).

DATED this 18 day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON


By: /s/ Rachel E. Donn
    Glenn F. Meier, Esq.
    Nevada Bar No. 006059
    Rachel E. Donn, ESQ.
    Nevada Bar No. 010568
    400 S. Fourth Street, Third Floor
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff/Counterdefendant*
    *Bank of America, N.A.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of September, 2017, a true copy of the **STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER (EIGHTH DISCOVERY DEADLINE REQUEST**)was served upon each of the parties via electronic service through the United States District Court of the District of Nevada's ECF system:

| | |
|---|---|
| Frank M. Flansburg, Esq.<br>Brian Blankenship, Esq.<br>Schwartz Flansburg PLLC<br>6623 Las Vegas Blvd., Suite 300<br>Las Vegas, NV 89119<br>T: (702) 385-5544<br>Emails: frank@nvfirm.com<br>　　　　brian@nvfirm.com<br>Attorneys for Defendant/Counterclaimant Samuel R. Bailey | |
| Donna Wittig, Esq.<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Email: donna.wittig@akerman.com<br><br>Associate Counsel for: Plaintiff/<br>Counterdefendant Bank of America, N.A. | |

　　　　　　　　　　　　　　　　/s/ S. Renee Hoban
　　　　　　　　　　　　　　　　an employee of Holley Driggs Walch Fine Wray Puzey & Thompson