**Schwartz Flansburg PLLC**
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
frank@nvfirm.com
brian@nvfirm.com
Attorneys for Defendant
Samuel R. Bailey

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> vs. <br><br> SAMUEL R. BAILEY, et al., <br><br> Defendants, <br><br>———————————————— <br><br> SAMUEL R. BAILEY, <br><br> Counterclaimants, <br><br> vs. <br><br> BANK OF AMERICA, N.A., WESTCORLAND TITLE INSURANCE COMPANY, a Florida Corporation, and NEVADA TITLE COMPANY, a Nevada Corporation, <br><br> Counterdefendants. | Case No.:     2:14-cv-885-JCM-GWF <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER (NINTH DISCOVERY DEADLINE REQUEST)** |

/ / /

/ / /

/ / /

/ / /

4825-8775-5089, v. 1

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER (NINTH DISCOVERY DEADLINE REQUEST)

Defendant Samuel R. Bailey ("Defendant") by and through the law firm of Schwartz Flansburg PLLC and Plaintiff Bank of America, N.A. ("Plaintiff") by and through the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson (Defendant and Plaintiff collectively "Parties") hereby stipulate and agree to extend the deadline to file the Pretrial Order which is currently due on October 21, 2017 as follows:

Based on the following, the Parties hereto respectfully request an extension to file the Pretrial Order to be continued for 30 days, as follows:

1.      The Parties stipulated to new deadlines on August 5, 2016 (ECF No. 64).

2.      Thereafter, the Parties attended a Mediation at which some of the claims were resolved.

3.      Between Plaintiff/Counterdefendant BANA and Defendant/Counterclaimant Bailey, the case was not resolved.

4.      Following the Mediation, Defendant/Counterclaimant Bailey took the deposition of the 30(b)(6) designee for Plaintiff/Counterdefendant BANA.  The date for the 30(b)(6) deposition had been set prior to Mediation and was set forth and contemplated in the August 5, 2016 discovery stipulation (EFC No. 64).

5.      Plaintiff/Counterdefendant BANA filed a Motion for Summary Judgment on October 14, 2016 (ECF No. 68).

6.      Defendant/Counterclaimant Bailey filed a Motion for Summary Judgment on October 31, 2016 (ECF No. 70).

7.      On June 22, 2017, the Court granted in    part    and    denied    in    part Plaintiff/Counterdefendant BANA's Motion for Summary Judgment (ECF No. 76).

8.      On June 22, 2017, the Court denied Defendant/Counterclaimant Bailey's Motion for Summary Judgment (ECF No. 76).

9.      On July 19, 2017, BANA filed a Motion to Bifurcate Trial (ECF No. 77).

10.     On August 2, 2017 Bailey filed a Response to Motion to Bifurcate Trial (ECF No.

4825-8775-5089, v. 1

80).

11. On August 18, 2017, BANA filed a Reply to its Motion to Bifurcate Trial (ECF No. 84).

12. On August 18, 2017, the Court granted a Stipulation to Extend Time to Reply to Motion to Bifurcate (ECF No. 85).

13. On September 21, 2017, the Court denied the Motion to Bifurcate Trial (ECF No. 88).

14. The parties desire a final opportunity to discuss settlement and potentially schedule a mediation.

**LR26-4 Statement:**

Good cause and/or excusable neglect exist to extend Pretrial Order deadline for the express purpose of exploring a renewed mediation and settlement negotiations between the Parties.

The current deadline to file the Pretrial Order is October 21, 2017 and the Parties request that the deadline to file the Pretrial Order be continued for 30 days.

IT IS SO STIPULATED.

Dated this 17th day of October, 2017

Dated this 17th day of October, 2017

SCHWARTZ FLANSBURG PLLC

Frank M. Flansburg III, Esq.
Brian Blankenship, Esq.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Defendant/Counterclaimant
Samuel R. Bailey

HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON

Glenn F. Meier, Esq.
Rachel E. Donn, Esq.
400 South 4th Street. Third Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff/Counterdefendant
Bank of America, N.A.

4825-8775-5089, v. 1

## ORDER

Based upon the foregoing, it is hereby ordered as follows that the time to file the Pretrial Order be extended from the current deadline of October 21, 2017 to November 20, 2017.

Dated this ____23rd____ day of October, 2017.

_George Foley Jr._
U.S. MAGISTRATE JUDGE

Submitted By:

SCHWARTZ FLANSBURG PLLC

_____
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Brian Blankenship, Esq.
Nevada Bar No. 11522
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Defendant
Samuel R. Bailey

4825-8775-5089, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2017, I served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER (NINTH DISCOVERY DEADLINE REQUEST)** upon each of the parties via electronic service through the United States District Court for the District of Nevada's ECF system.

_____
An employee of Schwartz Flansburg PLLC

4825-8775-5089, v. 1