1  GLENN F. MEIER, ESQ.
   Nevada Bar No. 006059
2  gmeier@nevadafirm.com
   RACHEL E. DONN, ESQ.
3  Nevada Bar No. 10568
   rdonn@nevadafirm.com
4  HOLLEY DRIGGS WALCH FINE
   WRAY PUZEY & THOMPSON
5  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
6  Telephone:   702/791-0308
   Facsimile:   702/791-1912
7  *Attorneys for Plaintiff/Counterdefendant*
   *BANK OF AMERICA, N.A.*

8

9 **UNITED STATED DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11 -o0o-

12

| | |
|---|---|
| 13  BANK OF AMERICA, N.A. | CASE NO. 2:14-cv-00885-JCM-GWF |
| 14         Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER** |
| 15  vs. | |
| 16  SAMUEL R. BAILEY, an individual; PETE G. AGUILAR, an individual; and DOES 1 through | **(TWELFTH REQUEST)** |
| 17  10, inclusive, | |
| 18         Defendants. | |
| 19 | |
| 20  SAMUEL R. BAILEY, | |
| 21         Defendant/Counterclaimant, | |
| 22  vs. | |
| 23  BANK OF AMERICA, N.A., WESTCOR LAND TITLE INSURANCE COMPANY, a Florida | |
| 24  corporation; and NEVADA TITLE COMPANY, a Nevada Corporation; | |
| 25 | |
| 26         Counterdefendants. | |

27      COMES NOW, Plaintiff/Counterdefendant, Bank of America, N.A. (hereinafter

28 "BANA" or "Plaintiff"), by and through its counsel of record, Rachel E. Donn, Esq. of HOLLEY

DRIGGS WALCH FINE WRAY PUZEY & THOMPSON and Defendant/Counterclaimant SAMUEL R. BAILEY (hereinafter "Bailey" or "Defendant"), by and through his counsel of record, Frank M. Flansburg, III, Esq. of SCHWARTZ FLANSBURG PLLC hereby agree and stipulate to extend the deadline to file the Pretrial Order which is currently due on March 19, 2018, as follows:

Based on the following, the parties hereto respectfully request a 30-day extension to file the Pretrial Order as follows:

1. The Parties stipulated to new deadlines on August 5, 2017 (ECF No. 64).
2. Thereafter, the Parties attended a Mediation at which some of the claims were resolved.
3. Between Plaintiff/Counterdefendant BANA and Defendant/Counterclaimant Bailey, the case was not resolved.
4. Following the Mediation, Defendant/Counterclaimant Bailey took the deposition of the 30(b)(6) designee for Plaintiff/Counterdefendant BANA. The date for the 30(b)(6) deposition had been set prior to Mediation and was set for and contemplated in the August 5, 2016 discovery stipulation (ECF No. 64).
5. Plaintiff/Counterdefendant BANA filed a Motion for Summary Judgment on October 14, 2016 (ECF No. 68).
6. Defendant/Counterclaimant Bailey filed a Motion for Summary Judgment on October 31, 2016 (ECF No. 70).
7. On June 22, 2017, the Court granted in part and denied in part Plaintiff/Counterdefendant BANA's Motion for Summary Judgment (ECF NO. 76).
8. On June 22, 2017, the Court denied Defendant/Counterclaimant Bailey's Motion for Summary Judgment (ECF No. 76)
9. On July 19, 2017, BANA filed a Motion to Bifurcate Trial (ECF No. 77).
10. On August 2, 2017, Defendant/Counterclaimant Bailey filed a Response to Motion to Bifurcate Trial (ECF No. 80).

11. On August 18, 2017, Plaintiff/Counterdefendant BANA filed a Reply to its Motion to Bifurcate Trial (ECF No. 84).

12. On August 18, 2017, the Court grated a Stipulation to Extend Time to Reply to Motion to Bifurcate (ECF No. 86).

13. On September 21, 2017, the Court denied the Motion to Bifurcate Trial (ECF No. 88).

14. On October 23, 2017, the Court granted a Stipulation and Order to Extend Deadline to File Pretrial Order (9th Request) (ECF No. 90).

15. The parties participated in a mediation which took place on January 10, 2018.

16. The Parties continued after the January 10, 2018 mediation to discuss potential settlement.

17. The Parties requested additional time to either resolve the matter or finalize the Joint Pretrial Order.

18. On February 21, 2018, the Court granted the Parties' Stipulation to Extend the Deadline to File Pretrial Order (Eleventh Request) (ECF 94).

**LR26-4 statement:**

Good cause and/or excusable neglect exist to extend the Pretrial Order deadline because a mediation was held on January 10, 2018 and the Parties need time to allow for additional settlement discussions.

The current deadline to file the Pretrial Order is March 19, 2018 and the parties request an additional 30-day extension or until April 18, 2018.

///
///
///
///
///
///
///

**IT IS SO STIPULATED:**

| Dated this 16th day of March, 2018 | Dated this 16th day of March, 2018 |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | SCHWARTS FLANSBURG PLLC |
| By: /s/ Rachel E. Donn, Esq.<br>Glenn F. Meier, Esq.<br>Nevada Bar No. 006059<br>Rachel E. Donn, ESQ.<br>Nevada Bar No. 010568<br>400 S. Fourth St, 3rd Fl.<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff-Counterdefendant Bank of America, N.A.* | By: /s/ Frank M. Flansburg, Esq.<br>Frank M. Flansburg, Esq.<br>Nevada Bar No. 6974<br>6623 Las Vegas Blvd., Suite 300<br>Las Vegas, NV 89119<br>*Attorneys for Defendant/Counterclaimant Samuel R. Bailey* |

## ORDER

Based on the foregoing, **IT IS SO ORDERED** that the time to file the Pretrial Order be extended for approximately 30 days or no later than April 18, 2018.

DATED this 19 day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON

By: /s/ Rachel E. Donn, Esq.
   Glenn F. Meier, Esq.
   Nevada Bar No. 06059
   Rachel E. Donn, Esq.
   Nevada Bar No. 10658
   400 S. Fourth Street, Third Floor
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiff/Counterdefendant Bank of America, N.A.*

10695-01-2017202                    - 4 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2018, a true copy of the **[PROPOSED] STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE (TWELFTH REQUEST)** was deposited in the United States mail in Las Vegas, Nevada, postage prepaid, addressed to the following, with a courtesy copy to the e-mail addresses shown below:

| | |
|---|---|
| Frank M. Flansburg, Esq.<br>Brian Blankenship, Esq.<br>Schwartz Flansburg PLLC<br>6623 Las Vegas Blvd., Suite 300<br>Las Vegas, NV 89119<br>T: (702) 385-5544<br>Emails: frank@nvfirm.com<br>brian@nvfirm.com<br>Attorneys for Defendant/Counterclaimant<br>Samuel R. Bailey | Terry A. Moore, Esq.<br>MARQUIS AURBACH & COFFING<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Email: tmoore@maclaw.com<br>Attorneys for Counterdefendants: Westcor Land Title Insurance Company and Nevada Title Company |

/s/ Cynthia Kelley
an employee of Holley Driggs Walch Fine Wray Puzey & Thompson