# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>  Plaintiff,<br>v.<br>SAMUEL R. BAILEY, et al.,<br><br>  Defendants. | Case No. 2:14-cv-00885-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Extend Deadline to File Pretrial Order (ECF No. 97), filed April 13, 2018.

Extensions of time may be granted for good cause shown. Parties request a 60-day extension to file the Pretrial Order. The Court finds good cause for an extension has been shown. The Court will not, however, grant any further extensions of time absent an in court hearing regarding the status of settlement negotiations. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Extend Deadline to File Pretrial Order (ECF No. 97) is **granted**.

**IT IS FURTHER ORDERED** the parties shall have until June 18, 2018 to file a Pretrial Order.

Dated this 17th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE