UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A. | Case No. 2:14-cv-00885-JCM-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| SAMUEL R. BAILEY, *et al*., | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). On April 17, 2018, the Court entered an Order extending discovery deadlines and ordered the parties to file a pretrial order by June 18, 2018. *See* Order ECF No. 98. On June 18, 2018, Plaintiff filed a Notice of Settlement (ECF No. 99) which represented that a settlement had been reached and the parties were in the process of finalizing settlement documents in order file a stipulation of dismissal. To date, the parties have not filed a joint pretrial order, nor have they filed a stipulation of dismissal. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and 16-4, no later than **October 5, 2018**.

. . .

. . .

. . .

. . .

. . .

. . .

1

1  If the parties have finalized settlement, a stipulation of dismissal shall be filed no later
2 than **October 5, 2018**. Failure to timely comply will result in the imposition of sanctions up to
3 and including a recommendation to the District Judge that the complaint be dismissed for failure
4 to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated this 25th day of September, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE