FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant/Counterclaimant Samuel R. Bailey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> vs. <br><br> SAMUEL R. BAILEY, et al., <br><br> Defendants, | CASE NO.: 2:14-CV-885-JCM-GWF <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SAMUEL R. BAILEY, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., WESTCORLAND TITLE INSURANCE COMPANY, a Florida Corporation, and NEVADA TITLE COMPANY, a Nevada Corporation, <br><br> Counterdefendants | |

/ / /

/ / /

/ / /

1

17836182.1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendant/Counterclaimant Samuel R. Bailey ("Bailey"), by and through the law firm of Brownstein Hyatt Farber Schreck, LLP, and Plaintiff/Counterdefendant Bank of America, N.A. ("BofA"), by and through the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson, hereby stipulate and agree as follows:

1. All of BofA's Claims against Bailey are hereby dismissed with prejudice;
2. All of Bailey's Counterclaims against BofA are hereby dismissed with prejudice;
3. The Release of the Lis Pendens with recorded as Instrument No. 20140609-0001532 may be filed and recorded as necessary.
4. Each party will bear their own attorneys' fees and costs; and
5. All pending dates and obligations shall be vacated.

Dated this 14th day of November, 2018.                Dated this 14th day of November, 2018.

BROWNSTEIN HYATT FARBER SCHRECK LLP                   HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

By: */s/ Frank M. Flansburg III*                      By:   */s/ Rachel E. Donn*
    Frank M. Flansburg, III, Esq.                         Rachel E. Donn, Esq.
    Nevada Bar No. 6974                                    Nevada Bar No. 10568
    100 North City Parkway, Suite 1600                     400 South 4th Street, Third Floor
    Las Vegas, Nevada 89106-4614                           Las Vegas, Nevada 89101
    Attorneys for Defendant/Counterclaimant                 Attorneys for Plaintiff/Counterdefendant
    Samuel R. Bailey                                        Bank of America, N.A.

IT IS SO ORDERED November 16, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Frank M. Flansburg, III*
FRANK M. FLANSBURG III, ESQ., Bar No. 6974
fflansburg@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for Defendant/Counterclaimant Samuel R. Bailey*